AWARDS.COM et al., Appellants, v KINKO'S, INC., et al., Respondents, et al., Defendant.

Submitted October 22, 2007; decided January 15, 2008

Reported below, 42 AD3d 178.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

------

CLARE C. BASSILE, Respondent, v SCOTT O. MYERS, Appellant.

Submitted December 3, 2007; decided January 15, 2008

Reported below, 2007 NY Slip Op 80565(U), 74431(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing the appeal to that Court from the judgment of divorce, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion to vacate, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution (*see* Karger, Powers of the New York Court of Appeals § 4:15, at 93-94 [3d ed rev]). Motion for a stay and related relief dismissed as academic.